UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-08482-AS | Date | December 23, 2025 |
|---|---|---|---|
| Title | Teresa Alvidres v. WeWoreWhat, LLC | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) SECOND ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION**

On December 22, 2025, the Court issued an Order to Show Cause Re: Service of Process on Defendant WeWoreWhat, LLC. (Dkt. No. 7). The Court ordered Plaintiff to show cause why service was not timely made on Defendant and why the case should not be dismissed without prejudice for failure to effectuate service and for lack of prosecution. (*Id.*). Plaintiff subsequently filed a proof of service reflecting that she served Defendant on September 26, 2025. (Dkt. No. 8). Defendant's answer was therefore due on October 17, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A). To date, Defendant has not answered the complaint. Plaintiff has declined to further prosecute his action, however, including by filing a request for entry of default pursuant to Federal Rule of Civil Procedure 55(a) or a notice of voluntary dismissal. It is Plaintiff's responsibility to prosecute this action diligently by filing stipulations extending time to respond and seeking Rule 55 remedies promptly upon default of any defendant.

Plaintiff is therefore ORDERED TO SHOW CAUSE, within 14 days of the date of this Order, why this case should not be dismissed without prejudice for lack of prosecution. *See* Fed. R. Civ. P. 41; *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (holding district courts have "inherent power sua sponte to dismiss a case for lack of prosecution") (citations omitted). Plaintiff may discharge this Order by seeking entry of default or filing a notice of voluntary dismissal. Failure to timely respond to this Order may result in involuntary dismissal of this action for failure to prosecute and/or for failure to obey a court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**